PEOPLE, PLAINTIFF AND APPELLEE, *v.* VÉLEZ, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Mayagüez.

No. 2103.—Decided July 28, 1923.

Decided on the grounds of the opinion delivered in the case of *People* v. *Vélez et al., ante,* page 355.

Mr. *A. A. Vázquez* for the appellant.
Mr. *José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.

Mr. Justice Wolf took no part in the decision of this case.